UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:09-00192 |
| | ) CHIEF JUDGE HAYNES |
| KEVIN L. JONES | ) |

## AGREED ORDER

The defendant, Kevin L. Jones, has conferred with counsel, Mariah A. Wooten, First Assistant Federal Public Defender, and, after discussion, agrees to the requested modification of the term of supervision, to include:

> The defendant shall participate in a program of substance abuse treatment which may include a 30-day inpatient substance abuse treatment program followed by up to 90 days in a community corrections center at the direction of the probation officer.

The hearing scheduled for Friday, June 20, 2014, at 4 PM is hereby CANCELLED.

WILLIAM J. HAYNES, JR.

APPROVED FOR ENTRY:

s/ Mariah A. Wooten
MARIAH A. WOOTEN
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
(615) 736-5047

s/ Jimmie Lynn Ramaur
JIMMIE LYNN RAMSAUR
Assistant United States Attorney
110 9th Avenue North, Suite A961
Nashville, TN 37203
(615) 736-5151