# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-cr-00192 |
| | ) | Judge Trauger |
| | ) | |
| KEVIN LAVELL JONES | ) | |

## **O R D E R**

It is hereby ORDERED that a hearing shall be held on the Petition to Revoke Supervision (Docket No. 90) on Monday, June 13, 2016 at 2:30 p.m.

It is so **ORDERED**.

ENTER this 5th day of May 2016.

_____
ALETA A. TRAUGER
U.S. District Judge

1