PROB 12A
(Revised 05/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Kevin Lavell Jones</u>    Case Number: <u>3:09-00192</u>

Name of Current Judicial Officer: <u>The Honorable Aleta A. Trauger, U.S. District Judge</u>

Name of Sentencing Judicial Officer: <u>The Honorable William J. Haynes, Jr., Senior U.S. District Judge</u>

Date of Original Sentence: <u>August 23, 2010</u>

Original Offense: <u>18 U.S.C. §§ 922(g)(1), Convicted Felon in Possession of a Firearm</u>

Original Sentence: <u>51 months' imprisonment followed by three years' supervised release</u>

Date of Revocation Sentence: <u>June 30, 2016</u>

Revocation Sentence: <u>Eight months' imprisonment followed by two years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>    Date Supervision Commenced: <u>November 8, 2016</u>

Assistant U.S. Attorney: <u>Sunny A.M. Koshy</u>    Defense Attorney: <u>Mariah Wooten</u>

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this ____ day of _____, 2016,
and made a part of the records in the above case.

_____
Aleta Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Michael C. Wilson
U.S. Probation Officer

Place   Nashville, Tennessee

Date   December 8, 2016

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On November 15, 2016, Mr. Jones tested positive for the use of cocaine. He admitted to using cocaine following the loss of a family member.

On December 7, 2016, Mr. Jones tested positive for the use of cocaine and opiates. He admitted to using cocaine and taking pain medication not prescribed to him.

| | |
|---|---|
| **2.** | **The defendant shall submit to drug testing at the request of the probation officer.** |

On December 2, 2016, Mr. Jones failed to report to the probation office for a random drug test as required. In telephone conversation on Sunday, December 4, 2016, he advised he was at the hospital with his brother all day Friday, December 2, 2016, and failed to call to see if he was required to test that day.

On December 5, 2016, Mr. Jones failed to report to the probation office to make up the December 2, 2016, missed drug test as instructed.

### Compliance with Supervision Conditions and Prior Interventions:

Kevin Jones is reportedly slated to begin working as a cook at Sonic Restaurant in Nashville this week. He purportedly resides with his girlfriend and his girlfriend's family in Hermitage, Tennessee. Mr. Jones' supervised release was revoked in June 2016 and Your Honor sentenced him to an eight month term of imprisonment to be followed by a two-year term of supervised release, which began on November 8, 2016, and is due to expire on November 7, 2018.

Following his release from custody of the Bureau of Prisons, Mr. Jones promptly reported as instructed for an initial meeting and met with the probation officer on November 9, 2016. During the meeting, the probation officer and Mr. Jones spoke about supervision expectations and goals, his past substance abuse issues and mental health status, his historical issues with noncompliance on supervision, and the requirements that he seek gainful employment and obtain stable housing. The probation officer placed Mr. Jones onto the probation office's random drug testing program and referred him to the Evelyn Frye Center in Nashville, Tennessee, for substance abuse counseling and mental health services, specifically a psychiatric evaluation, a mental health assessment, individual mental health counseling, and medication monitoring. He appeared for his first meeting with his assigned therapist on December 7, 2016, but was not seen due to scheduling error.

Following his positive drug test on November 15, 2016, the probation officer spoke to Mr. Jones by telephone and in person regarding his drug use. He admitted using cocaine while mourning the death of a relative and advised his cousin was stabbed to death in West Nashville. Through a Metropolitan Nashville Police Department press release, the probation officer verified Mr. Jones' cousin was indeed the victim of a homicide the weekend prior.

As noted in Violation No. 2, Mr. Jones failed to report for random drug testing on Friday, December 2, 2016. On Sunday, December 4, 2016, the probation officer contacted him by telephone and instructed him to report the following Monday to make up the missed test. He explained he had been with his brother, who is

suffering heart and kidney failure, at the hospital, all day Friday, and simply forgot to call. As noted, Mr. Jones eventually made up this missed test as instructed.

Due to Mr. Jones' recent cocaine use and noncompliance with drug testing requirements, the probation officer anticipates increasing the frequency which he is drug tested.

**U.S. Probation Officer Recommendation:**

The probation officer respectfully recommends the Court take no additional action at this time so that Mr. Jones can remain on supervised release, have a meaningful opportunity to participate in substance abuse and mental health treatment, and not incur any future violations. The U.S. Attorney's Office has been advised of Mr. Jones' noncompliance and agrees with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer